11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jessie Cantu a/k/a Jesus Cantu,　　　　　　　　　　* From the 142nd District
　　　　　　　　　　　　　　　　　　　　　　　　　　Court of Midland County,
　　　　　　　　　　　　　　　　　　　　　　　　　　Trial Court No. CR38302.

Vs. No. 11-12-00347-CR　　　　　　　　　　　　　* February 7, 2013

State of Texas,　　　　　　　　　　　　　　　　　* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　　　　　　　(Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　　　　　　　　　McCall, J., and Willson, J.)

　　　　This court has considered the State's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.